UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | |
|---|---|
| SALEH ALTAYYAR, MARY M. GILTENAN, and ANDREW HUANG, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ETSY, INC., CHAD DICKERSON, KRISTINA SALEN, JAMES W. BREYER, M. MICHELE BURNS, JONATHAN D. KLEIN, FRED WILSON, GOLDMAN SACHS & CO., MORGAN STANLEY & CO. LLC, ALLEN & COMPANY LLC, LOOP CAPITAL MARKETS LLC, THE WILLIAMS CAPITAL GROUP, L.P.,<br><br>Defendants. | JUDGMENT<br>15-CV- 2785 (AMD) |

---------------------------------------------------------------------X

A Memorandum Decision and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on March 16, 2017, granting the Defendants' motion to dismiss the complaint; and dismissing the case with prejudice; it is

ORDERED and ADJUDGED that the Defendants' motion to dismiss the complaint is granted; and that the case is dismissed with prejudice.

Dated: Brooklyn, New York
March 23, 2017

Douglas C. Palmer
Clerk of Court

by: *<u>/s/ Janet Hamilton</u>*
Deputy Clerk